Stanley WASHINGTON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 47900.

Missouri Court of Appeals,
Western District.

Jan. 25, 1994.

Gary E. Brotherton, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, P.J., and HANNA and ELLIS, JJ.

*ORDER*

PER CURIAM.

Appeal from the denial of a Rule 24.035 motion for post-conviction relief.

Affirmed. Rule 84.16(b).